### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

CR NO: 2:22-CR-0204 WBS

**ADRIAN TRUJILLO**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:     Adrian Trujillo

Detained at     San Joaquin County Jail

Detainee is:     a.)     ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint

charging detainee with:     **21 U.S.C. § 846, 841 (a)(1)** - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Fentanyl;

**21 U.S.C. § 841(a)(1) (2 counts)** - Possession with Intent to Distribute;

**18 U.S.C. § 1956(h)** – Conspiracy to Commit Money Laundering; and

**18 U.S.C. 1956(a) (3 Counts)** - International Money Laundering.

or     b.)     ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ☐ return to the custody of detaining facility upon termination of proceedings

or     b.)     ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary as soon as practicable in the Eastern District of California.*

Signature:     /s/Robert C. Abendroth

Printed Name & Phone No:     AUSA Robert C. Abendorth/916-554-2766

Attorney of Record for:     United States of America

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum              ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    November 29, 2022

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | ☒Male  ☐Female | |
| Booking or CDC #:  22-09026 | DOB:  06/25/1979 | |
| Facility Address:  999 West Mathews Road, French Camp, CA, 95231 | Race: | |
| Facility Phone: | FBI#:  880864JB4 | |
| Currently  San Joaquin County Jail | | |

---

**RETURN OF SERVICE**

Executed on:

(signature)