LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ADRIAN TRUJILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN TRUJILLO,<br><br>　　　　　Defendant. | Case No.: 2:22-cr-0204 DAD<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Dale A. Drozd<br>Date:　　 May 14, 2024<br>Time:　　　9:30 a.m. |

　　　This matter is currently set for a Sentencing Hearing on May 14, 2024.  Defendant Adrian Trujillo is presently housed at the Yuba County Jail (YCJ) in Marysville, California.  YCJ is about 45 miles from defense counsel's downtown Sacramento office.  Defense counsel recently completed a jury trial before Chief Judge Mueller in the matter of *United States v.*

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

*Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-0107 KJM. The *Yandell* matter involved a Rackateer Influenced Corrupt Organization conspiracy which included, among other alleged criminal acts, six murders and five separate conspiracies to commit murder on behalf of the Aryan Brotherhood prison gang. Jury selection in that case started on February 20, 2024. The *Yandell* jury returned verdicts on April 30, 2024.

Given Mr. Trujillo's location and the demands of the *Yandell* jury trial, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter. It is therefore requested that the Court vacate the Sentencing Hearing scheduled for May 14, 2024, and set a Sentencing Hearing on July 16, 2024, with a modified Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

| | |
|---|---|
| Draft PSR Due: | June 4, 2024 |
| Informal Objection Letter to Draft PSR Due: | June 18, 2024 |
| Final PSR Due: | June 25, 2024 |
| Motion for Correction Due: | July 2, 2024 |
| Reply Due: | July 9, 2024 |

The assigned probation officer has confirmed her availability on the requested Sentencing Hearing Date. This continuance request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Robert Abendroth has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: May 8, 2024

By   */s/ Todd D. Leras for*
     ROBERT C. ABENDROTH
     Assistant United States Attorney

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

DATED: May 8, 2024         By    */s/ Todd D. Leras*
                                  TODD D. LERAS
                                  Attorney for Defendant
                                  ADRIAN TRUJILLO

# ORDER

The Sentencing Hearing, presently scheduled for May 14, 2024, is vacated. A new Sentencing Hearing in this matter is set for July 16, 2024, at 9:30 a.m. The Court adopts the modified PSR Disclosure schedule requested by the parties.

IT IS SO ORDERED.

Dated:   **May 8, 2024**                  *Dale A. Drozd*
                                  DALE A. DROZD
                                  UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE