LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ADRIAN TRUJILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIAN TRUJILLO,<br><br>        Defendant. | Case No.: 2:22-cr-0204 DAD<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Dale A. Drozd<br>Date:     July 16, 2024<br>Time:    9:30 a.m. |

This matter is currently set for a Sentencing Hearing on July 16, 2024. Defendant Adrian Trujillo requests to continue the Sentencing Hearing to October 1, 2024. Mr. Trujillo's probation interview has been completed. The request for a continuance is based on the following circumstances, which the defense believes constitute good cause:

1. Mr. Trujillo is presently housed at the Yuba County Jail in Marysville, California.

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

The Yuba County Jail is approximately a one-hour drive from defense counsel's downtown Sacramento office. Driving to and from the Yuba County Jail is presently impacted by street closures surrounding the historic Hotel Marysville, which is in danger of collapsing onto Highway 70/E Street following a structural fire on June 15, 2024. The Hotel Marysville is about three blocks from the Yuba County Jail. The road closures and increased traffic resulting from the fire have an impact on defense counsel's ability to schedule visits with his client to discuss defense mitigation investigation.

2. Defense counsel recently completed a lengthy jury trial before Chief Judge Mueller in the matter of *United States v. Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-0107 KJM. Jury selection in the *Yandell* case started on February 20, 2024. The jury returned verdicts in the case on April 30, 2024.

3. Defense counsel became ill with the flu after conclusion of the *Yandell* trial. This illness required defense counsel to stay home and recover for approximately ten days at the beginning of May. It also complicated scheduling Mr. Trujillo's probation interview with the assigned probation officer at the Yuba County Jail. Mr. Trujillo insisted that defense counsel be present with him during the interview. Defense counsel concurred with his request.

4. The assigned probation officer and defense counsel coordinated their schedules, following defense counsel's recovery from the flu. They conducted an in-person interview of Mr. Trujillo at the Yuba County Jail on the earliest mutually available date - Friday, June 14, 2024.

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Given Mr. Trujillo's location, the *Yandell* trial schedule, defense counsel's illness, and the increased difficulty in accessing the Yuba County Jail following the fire and road closures near the Hotel Marysville, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter. It is therefore requested that the Court vacate the Sentencing Hearing on July 16, 2024, and set a Sentencing Hearing on October 1, 2024. The assigned probation officer has confirmed her availability on the requested date. The government does not oppose the request.

The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Draft Pre-Sentence Report Date:  August 20, 2024;

2. Informal Objections to Draft Pre-Sentence Report:  September 3, 2024;

3. Final Pre-Sentence Report Date:   September 10, 2024;

4. Motion for Correction Date: September 17, 2024; and

5. Reply Date:  September 24, 2024

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Robert Abendroth has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  July 11, 2024

By  */s/ Todd D. Leras for*
ROBERT C. ABENDROTH
Assistant United States Attorney

DATED:  July 11, 2024

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ADRIAN TRUJILLO

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

Given the above stipulations between the parties, and good cause appearing to exist, the Sentencing Hearing, currently set for July 16, 2024, is vacated. The Sentencing Hearing in this matter is continued to October 1, 2024, at 9:30 a.m. The PSR Disclosure Schedule requested by the parties is adopted. The parties acknowledge and understand that no further continuances of the Sentencing Hearing will be entertained absent the existence of good cause.

IT IS SO ORDERED.

Dated:   **July 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE