1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
5  Attorney for Defendant
   ADRIAN TRUJILLO

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                                          Case No.: 2:22-cr-0204 DAD

12  UNITED STATES OF AMERICA,

              Plaintiff,                    STIPULATION AND ORDER TO
13                                          CONTINUE SENTENCING HEARING AND
                                            MODIFY PRE-SENTENCE
14  vs.                                     INVESTIGATION REPORT DISCLOSURE
                                            SCHEDULE
15  ADRIAN TRUJILLO,

16            Defendant.

17                                          Court:      Hon. Dale A. Drozd
                                            Date:       October 1, 2024
18                                          Time:       9:30 a.m.

19

20

21

22

23         This matter is currently set for a Sentencing Hearing on October 1, 2024.  Defendant

24  Adrian Trujillo requests to continue the Sentencing Hearing to October 15, 2024.  The request

25  for a continuance is based on the following stipulations between the parties, which constitute

26  good cause for continuance of the Sentencing Hearing:

27  ORDER CONTINUING SENTENCING
    HEARING AND MODIFYING
28  PSR DISCLOSURE SCHEDULE

1.   This Court granted the most recent request for continuance of the Sentencing Hearing, to October 1, 2024, by an Order issued on July 11, 2024.  (ECF Entry 126 – hereafter "the Sentencing Order").  The Sentencing Order set out a modified Pre-Sentence Investigation Report ("PSR") Disclosure Schedule.  The PSR Disclosure Schedule in the Sentencing Order set dates consistent with the requirements established by Rule 461 of the Local Rules of Practice for the United States District Court, Eastern District of California (hereafter "L.R.").

2. The PSR Disclosure Schedule required the Draft PSR to be disclosed to counsel on or before August 20, 2024.  The Probation Department disclosed the Draft PSR ten days late on August 30, 2024.  Defense counsel and the Assistant U.S. Attorney assigned to this matter thereafter emailed Informal Requests for Correction to the Draft PSR to the Probation Department on September 11, 2024, and September 12, 2024, respectively.  The parties' informal correction letters were emailed to the Probation Department within fourteen days following disclosure of the Draft PSR as required by the Sentencing Order.

3. The Probation Department did not release the Final PSR, along with the Probation Department's Sentencing Recommendation, until September 24, 2024 – two weeks after the Final PSR Disclosure date set in the Sentencing Order and as required by LR 461(c) ("Not less than twenty-one (21) days before the date set for the sentencing hearing, the probation officer shall submit the presentence report, including recommendations, to the sentencing Judge and make it available to counsel for the defendant and the Government.")

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

4.  The Probation Department's late disclosure of the Final PSR included the corrections jointly requested by both parties in their informal correction letters.  A Motion for Correction is therefore not anticipated by either party.

5.  Adrian Trujillo is presently housed at the Yuba County Jail in Marysville, California. The Yuba County Jail is about forty miles from defense counsel's downtown Sacramento office.  Defense counsel, due to the Probation Department's late disclosure, has not had the opportunity to review the Final PSR and sentencing recommendations with Adrian Trujillo.

6.  Defense counsel is required to review the PSR with the Defendant by L.R. 461(b). Defense counsel also needs additional time to prepare a Sentencing Memorandum and supporting mitigation materials as allowed by the express terms of the Plea Agreement between the parties.

Given the late disclosure of the Final PSR and sentencing recommendations, along with Adrian Trujillo's housing location, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter.  It is therefore requested that the Court vacate the Sentencing Hearing on October 1, 2024, and set a Sentencing Hearing on October 15, 2024.  The assigned supervising probation officer has confirmed her availability on the requested date.  The government does not oppose the request.

The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1.  Reply Date:  October 8, 2024

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Act is not required.  Assistant U.S. Attorney Robert Abendroth has authorized Todd D. Leras via

email to sign this stipulation on his behalf.

DATED:  September 25, 2024

By   */s/ Todd D. Leras for*
     ROBERT C. ABENDROTH
     Assistant United States Attorney

DATED:  September 25, 2024

By   */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     ADRIAN TRUJILLO

## ORDER

Given the above stipulations between the parties, and good cause appearing to exist, the

Sentencing Hearing, currently set for October 1, 2024, is vacated.  The Sentencing Hearing in

this matter is continued to October 15, 2024, at 9:30 a.m.   The partial PSR Disclosure Schedule

modification requested by the parties is adopted.  The parties acknowledge and understand that

no further continuances of the Sentencing Hearing will be entertained absent the existence of

good cause.

IT IS SO ORDERED.

Dated:   **September 26, 2024**     *Dale A. Drozd*
     DALE A. DROZD
     UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE